UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| BACHIDAR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-00344-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER REMANDING HEARING** |
| | ) | |
| WARDEN, | ) | |
| Daviess County Detention Center, | ) | |
| *et al.*, | ) | |
| | ) | |
| Respondent. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Status Report. [R. 12]. In their report, the parties state that they "agree that a hearing may be waived in this matter and this matter can be submitted for decision on the briefs." *Id.* at 1. Accordingly, the Court being sufficiently advised,

**IT IS HEREBY ORDERED** that the hearing that was scheduled for Monday, May 18, 2026, is **REMANDED** from the Court's docket.

This the 15th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record