UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| BACHITAR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-00344-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| COLONEL ART MAGLINGER, | ) | |
| Daviess County Jailer, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. On May 11, 2026, the Sixth Circuit issued a decision in *Lopez-Campos v. Raycraft*, -- F. 4th --, 2026 WL 1283891 (6th Cir. May 11, 2026). In that decision, the Sixth Circuit held that 8 U.S.C. § 1225(b)(2)(A) does not apply to noncitizens who entered the country without inspection and resided in the interior of the United States prior to their initial detention by the United States Immigration and Customs Enforcement. *See, e.g.*, *Lopez-Campos*, 2026 WL 1283891, at \*3–11. Accordingly, to the extent the present matter raises only a legal question of whether § 1225(b)(2)(A) or § 1226(a) governs the petitioner's detention and whether continued detention without a bond hearing violates due process, the Sixth Circuit's binding decision resolves the matter. Accordingly, the Court will order Respondents to consider the impact of the *Lopez-Campos* decision on the present matter and, if this matter is resolved by that decision, release the petitioner or provide a bond hearing within five days of the entry of this order.

Accordingly, the Court being sufficiently advised, it is **HEREBY ORDERED** as follows:

1. Respondents **SHALL** consider the impact of the *Lopez-Campos* decision on the present matter and, if the present matter must be resolved in Petitioner's favor under *Lopez-Campos*, Respondents **SHALL** immediately release Petitioner or, in the alternative, provide Petitioner with a bond hearing before a neutral Immigration Judge under 8 U.S.C. § 1226(a) **by no later than Tuesday, May 26, 2026**.

2. **By no later than Thursday, May 28, 2026**, Respondents **SHALL** file a Status Report with this Court to certify compliance with this Order. The Status Report **SHALL** state (1) whether *Lopez-Campos* resolves the issues in this case in Petitioner's favor (and if not, what other legal issues remain)[1]; (2) if so, whether Petitioner was released or provided a bond hearing; and (3) if Petitioner was provided a bond hearing, the date it occurred, whether bond was granted or denied, and if denied, the reasons for such denial.

This the 18th day of May, 2026.

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record

---

[1] Any legal issues not previously raised in the briefing will be considered waived.