UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | | |
|---|---|---|
| BACHITAR SINGH, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 4:26-CV-00344-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| | ) | |
| COLONEL ART MAGLINGER, | ) | |
| Daviess County Jailer, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on Respondents' Status Report. [R. 25]. Respondents advise the Court that Petitioner has received a bond hearing but was denied bond based on a find of danger to the community. *Id.* Respondents state that "[i]n light of the foregoing, this matter has been resolved." *Id.* at 2. While Petitioner has received a bond hearing, Petitioner specifically argued that a bond hearing alone without immediate release would be insufficient because of alleged issues with immigration judges' neutrality. *See* [R. 1, pp. 11–13]. The Court will order Respondents to **respond** to this specific argument **by no later than Monday June 22, 2026**. Accordingly, and the Court being otherwise sufficiently advised, **IT IS HEREBY ORDERED** as follows:

1. Respondents **SHALL** respond to Petitioner's arguments concerning the alleged lack of neutrality by immigration judges, *see* [R. 1, pp. 11–13], **by no later than Monday, June 22, 2026**.

This the 15th day of June, 2026.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record